IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIE C. SIMPSON

                        Petitioner,                              ORDER

            v.                                          07-C-493-C

WARDEN GREGORY GRAMS,
JANEL NICKEL, MATTHEW J. FRANK,
RICK RAEMISCH, BURT TAMMINGA,
JAMES GREER, GLORIA MARQUARDT,
CAPTAIN RADTKE, SANDY SITZMAN,
DOCTOR SULIENE, CO2 HART and
CO2 KRATS,

                        Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner has filed a motion to voluntarily dismiss this case, pursuant to Fed. R. Civ. P. 41(1)(a), which is GRANTED. Because the complaint has not yet been served on any of the respondents, the dismissal is without prejudice to petitioner's refiling it in the future. Further, because the court has not yet screened petitioner's complaint, no filing fee will be assessed against petitioner. The clerk of court is directed to distribute the initial partial payment petitioner has made in this case among the filing fees petitioner still owes for other cases he has filed in this court: <u>Simpson v. Wall</u>, 04-C-29-C; <u>Simpson v. Kingston</u>, 04-C-

1

298-C; Simpson v. Nickel, 05-C-232-C; and Simpson v. Greenwood, 06-C-612-C.

Entered this 15th day of October, 2007.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge